IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD TERRELL,

    Plaintiff,                    No. 2:13-cv-0102 KJM KJN P

   vs.

SUSAN K. SHALLER,

    Defendants.            <u>ORDER</u>

_____/

        On April 12, 2013, inmate John Greschner filed objections on behalf of plaintiff, claiming that due to repetitive lock downs, Mr. Greschner was unable to return the legal filing to plaintiff for mailing to the court himself. (Dkt. No. 11-1 at 1-2.)

        However, the objections were not signed by plaintiff. Rule 11 of the Federal Rules of Civil Procedure require that all documents submitted to the court be signed by the party personally if the party is not represented by counsel. <u>Id.</u> Because plaintiff is not represented by counsel, plaintiff must sign each and every document he submits to the court for filing.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall serve a copy of the April 15, 2013 objections (dkt. no. 11) on plaintiff at his address of record; and

////

1

2. Plaintiff is granted fourteen days in which to file a signed copy of the objections.[1]

DATED: May 1, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

terr0102.eot

---

[1] Mr. Greschner also asked the court to provide defendants with a copy of plaintiff's objections. However, to date, no defendant has been served or appeared in this action.